# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| United States of America, | Case No.: 2:13-cr- 437 |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEUS CORPUS AD PROSEDUENDUM FOR ANDREA ZAMBRANO (ID#) 2594373 |
| vs. | |
| ANDREA ZAMBRANO, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **ANDREA ZAMBRANO** before the United States District Court at Las Vegas, Nevada, on or at [I/A & A/P Wed: 12-18-13 3:00 PM CWH 3C] the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: December 10, 2013

_____
UNITED STATES MAGISTRATE JUDGE

```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

           DEC 1 0

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY: _____ DEPUTY
```

1 | DANIEL G. BOGDEN
  | United States Attorney
2 | District of Nevada
  | PHILLIP N. SMITH, JR.
3 | Assistant United States Attorney
  | 333 Las Vegas Boulevard South
  | Suite 5000
4 | Las Vegas, Nevada 89101
  | 702-388-6336
5 |
  |              UNITED STATES DISTRICT COURT
6 |                    DISTRICT OF NEVADA
7 |                          -oOo-
8 |
  | United States of America,          )   Case No.: 2:13-cr- 437
9 |                                    )
  |              Plaintiff,            )   PETITION FOR WRIT OF HABEUS
  |                                    )   CORPUS AD PROSEDUENDUM FOR
10|      vs.                           )   ANDREA ZAMBRANO
  |                                    )   (ID#) 2594373
11|                                    )
  | ANDREA ZAMBRANO,                   )
12|                                    )
  |              Defendant.            )
13|                                    )

14       The petition of the United States Attorney for the District of Nevada respectfully shows

15 that **ANDREA ZAMBRANO**, is committed by due process of law in the custody of the

16 Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said

17 **ANDREA ZAMBRANO** be temporarily released under a Writ of Habeas Corpus Ad

18 Prosequendum so that the said **ANDREA ZAMBRANO** may be present before the United

19 States District Court for the District of Nevada, at City, Sta  I/A & A/P Wed: 12-18-13  at the hour
                                                                  3:00 PM   CWH 3C

20 of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by

21 the said Court.

22       That the presence of the said **ANDREA ZAMBRANO** before the United States District

23 Court on o  I/A & A/P Wed: 12-18-13  at the hour of 3:00 p.m., for arraignment and from time to
              3:00 PM   CWH 3C

24 time and day to day thereafter until excused by the Court has been ordered by the United

States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said **ANDREA ZAMBRANO** before the United States District Court on or [I/A & A/P Wed: 12-18-13 3:00 PM CWH 3C] the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

DATED this 10th day of December, 2013.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Phillip N. Smith*
PHILLIP N. SMITH, JR.
Assistant United States Attorney

2