# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

United States of America

                          JUDGMENT IN A CIVIL CASE

           Plaintiff,

v.                                Case Number: 2:13-cr-00437-LDG-VCF

Andrea Zambrano

           Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered denying Motion to Vacate (2255).

June 24, 2019                                       DEBRA K. KEMPI
Date                                                      Clerk

                                                              /s/ J. Matott
                                                             Deputy Clerk